CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL J. STARRETT (NYBN 5444575)
Special Assistant United States Attorney

    450 Golden Gate Ave, P.O. Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7073
    Michael.Starrett@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ODTMAN ALFONSO CARDENAS CASTELLANOS, *et al.*, <br><br> Petitioner, <br><br> v. <br><br> SERGIO ALBARRAN, *et al.*, <br><br> Respondents. | Case No. 5:25-cv-07962-NW <br><br> **STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

    Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and subject to the Court's approval, Petitioners Odtman Alfonso Cardenas Castellanos, Ermides Garzon Meneses, Alizda Nallive Lara Del Rio, Herlinda Patino Gonzalez, and Yolima Trujillo Mejia ("Petitioners") and Respondents Sergio Albarran, Todd M. Lyons, Kristi Noem, and Pamela Bondi ("Respondents") hereby stipulate as follows:

## BACKGROUND

    On September 18, 2025, Petitioners filed a habeas petition under 28 U.S.C. § 2241, ECF No. 1 ("Petition"), and a motion for temporary restraining order ("TRO"), ECF Nos. 2, 3. That evening, the Court granted Petitioners' motion and ordered Respondents to show cause why a preliminary injunction should not issue. ECF Nos. 4, 5. Following briefing from the parties, ECF Nos. 10, 11, and a hearing, the Court granted a preliminary injunction, ECF No. 17. The Court set a case management conference

1  for February 17, 2026, and a case management conference statement due date of February 3, 2026. ECF
2  No. 18.
3     The due date for Respondents to file a return on the Petition is February 13, 2026, and
4  Petitioners' due date to file a reply is March 13, 2026. ECF No. 21.
5     The parties agree that this case can be decided on the submissions and neither party is seeking a
6  hearing on the Petition. Accordingly, the parties agree that judicial economy would be served by
7  vacating the case management conference.
8     Alternatively, if the Court is not inclined to vacate the case management conference, the parties
9  agree that judicial economy would be served by delaying the case management conference until after
10 Petitioners have filed their reply.
11    The parties have not previously requested any time modifications in this case.

**STIPULATION**

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Petitioner and Respondents that, subject to the Court's approval:

1. The case management conference scheduled for February 17, 2026 is vacated.
2. In the alternative;,
   a. The deadline to file a joint case management statement is extended to March 17, 2026.
   b. The case management conference currently scheduled for February 17, 2026 is continued to March 31, 2026 or a date convenient for the Court.

/
/

DATED:  January 29, 2026.                    Respectfully submitted,

                                             CRAIG H. MISSAKIAN
                                             United States Attorney

                                              /s/ *Michael J. Starrett*
                                             MICHAEL J. STARRETT
                                             Special Assistant United States Attorney
                                             *Attorneys for Respondents*

1  DATED: January 29, 2026.                    Respectfully submitted,

2                                               LA RAZA CENTRO LEGAL

3                                               /s/ *Jordan Wiener*
4                                               JORDAN WEINER
                                                *Attorney for Petitioners*
5

6  *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*
7

8

9

10                          [PROPOSED] ORDER

11      Pursuant to stipulation, IT IS SO ORDERED.
12

13  DATED: January 30, 2026
14                                              HON.
                                                United S
15



STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
NO. 5:25-CV-07962-NW                3